UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 8:26-MJ-00058 |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | ) |
| DUSTIN VAUGHN LASTER, | ) |
| Defendant. | ) |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Northern District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations; significant prior criminal history; lack of stable residence or employment; history of drug abuse* and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and

convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations; significant prior criminal history; lack of stable residence or employment; history of drug abuse*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated:  January 26, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge

2